In the Matter of the Claim of CHARLES W. PAUL, Respondent, against NATIONAL SAVINGS BANK et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued December 3, 1948; decided January 13, 1949.

*Paul F. Donohue* and *George B. Farrington* for appellants.
*Nathaniel L. Goldstein, Attorney-General (Gilbert M. Landy* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed; with costs; no opinion.